# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128972

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 128972
                                        COA: 260143
                                        Berrien CC: 2003-404937

DEAN JAMES WALTER,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005                                _____

p1024                                           Clerk